In the Matter of the Claim of HENRY L. HALL, Respondent, against NELL BROTHERS AND KERN et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

(Argued September 30, 1936; decided October 20, 1936.)

*John S. Leonard* for appellants.

*John J. Bennett, Jr., Attorney-General* (*Roy Wiedersum* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH. LOUGHRAN and FINCH, JJ.